UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRITZ GERALD TOUSSAINT,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CHARLES VENANTE,<br><br>　　　　　　　　　　Defendant. | Case No.: 22-CV-245 JLS (AGH)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE PURSUANT TO MARCH 25, 2022 ORDER AND CIVIL LOCAL RULE 83.11(b)** |

On March 25, 2022, this Court issued an Order denying Plaintiff's application to proceed *in forma pauperis* and dismissing Plaintiff's Complaint without prejudice. *See generally* ECF No. 4 (the "Order"). The Order clearly indicated that, "[s]hould Plaintiff fail to file an amended complaint within thirty (30) days from the date of this Order, the Court will enter a final order dismissing this civil action based on Plaintiff's failure to prosecute in compliance with a court order requiring amendment." *Id.* at 6 (citation and emphases omitted). This District's Civil Local Rules further require any party appearing pro se to "keep the Court and opposing parties advised as to current address. If mail directed to a pro se plaintiff by the Clerk at the plaintiff's last designated address is returned by the Post Office, and if such plaintiff fails to notify the Court and opposing parties within

60 days thereafter of the plaintiff's current address, the Court may dismiss the action without prejudice for failure to prosecute." S.D. Cal. CivLR 83.11(b).  On April 5, 2022, the copy of the Order mailed to Plaintiff's address of record was returned by the United States Postal Service as undeliverable.  *See* ECF No. 5.  Over a period exceeding sixty days, Plaintiff has failed to respond to the Order or to apprise the Court of his current mailing address.  *See generally* Docket.

Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** this action for failure to comply with the Court's March 25, 2022 Order and failure to notify the Court of Plaintiff's current mailing address.  As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated:  June 6, 2022

Hon. Janis L. Sammartino
United States District Judge